FILED
2005 May-18  PM 01:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **Joseph Dickey,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 7:04-cv-01022 |
| | ) |
| **St. Vincent Hospital,** | ) |
| | ) |
| **Defendant.** | ) |

### MEMORANDUM OPINION ON DEFENDANT'S
### MOTION FOR SUMMARY JUDGMENT

Plaintiff Joseph Dickey ("Dickey") filed this action on May 18, 2004, alleging claims of sexual harassment and retaliation, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* Defendant St. Vincent Hospital ("St. Vincent") filed its Motion For Summary Judgment, arguing that it was due Summary Judgment on Dickey's sexual harassment and retaliation claims. (Docs. 15, 16.)

In its Response to Defendant's Motion For Summary Judgment, Dickey did not address its retaliation claim and has therefore abandoned said claim. *Lindsey v. Burlington Northern Santa Fe Railway Co.*, 226 F.Supp. 2d 1338, 1343 (N.D. Ala. 2003), *affd.,* 2004 U.S. App. Lexis 13142 (11th Cir. 2004.) Accordingly, St.

Vincent's Motion for Summary Judgment on Dickey's retaliation claim is due to be GRANTED.

Genuine issues of material fact exist regarding Plaintiff's sex discrimination claim. Therefore, Defendant St. Vincent's Motion For Summary Judgment on Plaintiff's sex discrimination claim is due to be DENIED.

By separate order, Defendant's Motion for Summary Judgment will be GRANTED on Plaintiff's retaliation claim, and DENIED on Plaintiff's sex discrimination claim.

Done this 18th day of May, 2005.

_____
U.W. Clemon
Chief United States District Judge